E-FILED: 5-13-2011
**JS-6**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| LAURA K STANTON | CASE NUMBER |
|---|---|
| PLAINTIFF(S) vs. | CV 11-1887-PSG (JEMX) |
| BANK OF AMERICA NA ET AL. DEFENDANT(S). | **DISMISSAL BY THE COURT FOR FAILURE TO PROSECUTE** |

On April 11, 2011, the Court issued an Order to Show Cause re Dismissal of Declaratory Relief Action. A written response to this Order to Show Cause was ordered to be filed no later than May 2, 2011 why this Court should not dismiss this action without prejudice. To date, no written response to the Order to Show Cause has been filed with the Court.

Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed in its entirety, and Defendants' Motion to Dismiss Plaintiff's Complaint, or in the Alternative Motion for a More Definite Statement (See doc. 10) is rendered moot.

DATED: May 13, 2011

Philip S. Gutierrez
U.S. District Judge